UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| BRENT CHRISTOPHER CAHILL, | ) | |
| | ) | No. CV-07-3002-CI |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| v. | ) | RECOMMENDATION |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Magistrate Judge Imbrogno filed a Report and Recommendation (R and R) on July 2, 2007, recommending Defendant's Motion to Dismiss be granted and Plaintiff's Motion Setting Forth Moving Party be denied and the Complaint be dismissed for lack of subject matter jurisdiction. (Ct. Rec. 39). Objections were due on July 18, 2007. On July 24, 2007, Plaintiff filed a "Motion for Civil Case Hearing by Appearance 2nd Request," which the court construes as objections to the R and R. (Ct. Rec. 40). There being no substantive issues addressed in the objections, the court **ADOPTS** the Report and Recommendation. Defendant's Motion to Dismiss (**Ct. Rec. 27**) is **GRANTED**. Plaintiff's Motion Setting Forth Moving Party (**Ct. Rec. 9**) and Motion for Civil Case Hearing (Ct. Rec. 40) are **DENIED** and his Complaint (**Ct. Rec. 1**) is **DISMISSED**; each party shall bear its own costs.

**IT IS SO ORDERED.** The District Court Executive shall forward

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  copies of this Order to Plaintiff and counsel for Defendant. The

2  file shall be closed and judgment entered for Defendant.

3
          **DATED** this __31st__ day of July, 2007.

4

5                        s/ Fred Van Sickle
                         Fred Van Sickle
6                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER ADOPTING REPORT AND RECOMMENDATION - 2