UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRENT CHRISTOPHER CAHILL,           )
                                    )
        Plaintiff,                  )
                                    )    NO.  CV-07-3002-CI
    v.                              )
                                    )    **JUDGMENT**
SOCIAL SECURITY ADMINISTRATION,     )
                                    )
        Defendants.                 )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** and Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Motion Setting Forth Moving Party and Motion for Civil Case Hearing are **DENIED**. Plaintiff's Complaint is **DISMISSED** and Judgment is entered for Defendant.

DATED this 31st day of July, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk